## Commonwealth, Appellant, *v.* One 1959 Pontiac (Hinton).

Submitted September 9, 1969. *Thomas J. Shannon,* Assistant Attorney General, *I. Harry Checchio,* Special Assistant Attorney General, and *William C. Sennett,* Attorney General, for Pennsylvania Liquor Control Board, appellant; *Curtis C. Carson, Jr.,* for appellee.

OPINION PER CURIAM: In light of the decision in *Commonwealth v. One 1958 Plymouth Sedan,* 418 Pa.

457, 211 A. 2d 536 (1965), the decision of the court below is affirmed per curiam.

WRIGHT, P. J., dissents.